1008

[No. 31608-7-I.   Division One.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON D. HOWARD AKA "BUCK", *Defendant*.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD S. LESTER AKA "RICK", *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00118-0, Byron Swedberg, J., entered October 19, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J. and Coleman, J.

[No. 32172-2-I.   Division One.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN CIRAME AKA MICHAEL JOHN PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05077-0, Norma Smith Huggins, J., entered January 22, 1993. *Dismissed* by unpublished per curiam opinion.

[Nos. 32477-2-I; 32594-9-I.   Division One.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH B. CEZEAR, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MONA A. SANTIAGO AKA RAMONA DEVOUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, Nos. 92-1-07118-1 and 92-1-07119-0, Faith Enyeart Ireland, J., entered April 1, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, J., and Alsdorf, J. Pro Tem.